Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Joseph Hakakian (SBN 323011)
Joseph.Hakakian@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:     (310) 556-4811
Facsimile:      (310) 943-0396

Attorneys for Plaintiff Omar Zine

Carney R. Shegerian (SBN 150461)
CShegerian@Shegerianlaw.com
Cheryl A. Kenner (SBN 305758)
CKenner@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone:     (310) 860-0770
Facsimile:      (310) 860-0771

Attorneys for Plaintiff William Baber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ZINE, individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br>    vs.<br><br>NESPRESSO USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 3:20-cv-05144-SK<br>Consolidated with 3:21-cv-00487-JSC<br><br>Assigned to the Hon. Sallie Kim<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENTS**<br><br>Date:    May 8, 2023<br>Time:   9:30 a.m.<br>Place:  Courtroom C |
| WILLIAM BABER, an individual, on behalf of himself and all others similarly situated and aggrieved,<br><br>            Plaintiff,<br>    vs.<br><br>NESPRESSO USA, INC., a Delaware corporation; NESTLE USA, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | |

**ORDER**

On May 8, 2023, this Court conducted a hearing on Plaintiffs' Motion for Attorneys' Fees, Costs, and Class Representative Enhancement Payments. Having carefully considered the papers, evidence, and arguments presented, the Court finds and orders as follows:

1. The Court finds that the requested award of attorneys' fees in the amount of $316,667, or one-third of the common fund created by the settlement, is reasonable for a contingency fee in a class action such as this. *See Laffitte v. Robert Half Int'l Inc.*, 1 Cal. 5th 480 (2016) (affirming award of attorneys' fees in the amount of one-third of the non-reversionary common fund); *Van Vranken v. Atlantic Richfield Co.*, 901 F. Supp. 294, 297 (N.D. Cal. 1995) ("the cases . . . in which high percentages such as 30-50 percent of the fund were awarded involved relatively smaller funds of less than $10 million").

2. Plaintiffs' counsel has also provided sufficient evidence to establish that the award is reasonable in light of a lodestar cross-check, which the Court finds to be the product of reasonable billing rates and hours billed to the litigation.

3. Additionally, evidence submitted by Plaintiffs' Counsel demonstrates that the requested costs of $24,085.88 are fair and reasonable.

4. The Court accordingly awards a total of $316,667 in attorneys' fees and $24,085.88 in costs to Capstone Law APC and Shegerian & Associates, Inc. The award of attorneys' fees and costs will be divided between counsel as follows: (i) $158,333.50 in attorneys' fees and $12,198.82 in litigation costs to Capstone Law APC; and (ii) $158,333.50 in attorneys' fees and $ 11,887.06 in litigation costs to Shegerian & Associates, Inc.

5. In addition to their general release payments, the Court also approves enhancement payments of $5,000, each, to Plaintiffs Omar Zine and William Baber.

**IT IS SO ORDERED.**

Dated: May 8, 2023

*/s/ Sallie Kim*

Hon. Sallie Kim
United States Magistrate Judge